**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02200-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

SYNTER RESOURCE GROUP, and
JOHN BELLO,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on plaintiff's **Stipulation of Dismissal With Prejudice** [#5][1] filed October 2, 2012.  In the stipulation [#5], the plaintiff reports that this case has been settled and he requests that this case be dismissed with prejudice.  In support of the stipulation, the plaintiff cites FED. R. CIV. P. 41(a)(1)(A)(ii), which permits a plaintiff to dismiss a case without approval of the court by filing a "stipulation of dismissal signed by all parties who have appeared."  The plaintiff is the only party who has appeared in this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Stipulation of Dismissal With Prejudice** [#5] filed October 2, 2012, is **APPROVED**; and

---

[1] "[#5]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 4, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge